**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 01-6118**

—————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

HERBERT SMART, a/k/a Panama,

Defendant - Appellant.

—————————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Henry C. Morgan, Jr., District Judge. (CR-97-25, CA-00-910-2)

—————————

Submitted: May 29, 2001                Decided: June 18, 2001

—————————

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Herbert Smart, Appellant Pro Se. Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Herbert Smart seeks to appeal the district court's order denying as untimely his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Smart</u>, No. CR-97-25; CA-00-910-2 (E.D. Va. Dec. 19, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>